IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Giles, Sonja D | Case Number: 07 B 01907 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/02/08 | Filed: 2/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 18, 2008
Confirmed: April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,860.81 | |
| Secured: | | 466.62 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,165.00 |
| Trustee Fee: | | 220.63 |
| Other Funds: | | 8.56 |
| Totals: | 3,860.81 | 3,860.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 550.00 | 550.00 |
| 2. | Robert J Semrad & Associates | Administrative | 615.00 | 615.00 |
| 3. | Robert J Semrad & Associates | Administrative | 2,000.00 | 2,000.00 |
| 4. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,500.00 | 275.00 |
| 6. | City Of Chicago | Secured | 450.00 | 112.00 |
| 7. | Citi Residential Lending Inc | Secured | 4,515.28 | 79.62 |
| 8. | Edfinancial Services | Unsecured | 184.57 | 0.00 |
| 9. | Edfinancial Services | Unsecured | 160.00 | 0.00 |
| 10. | City Of Chicago | Unsecured | 1.72 | 0.00 |
| 11. | Edfinancial Services | Unsecured | 166.38 | 0.00 |
| 12. | Edfinancial Services | Unsecured | 365.47 | 0.00 |
| 13. | Edfinancial Services | Unsecured | 445.90 | 0.00 |
| 14. | Educational Credit Management Corp | Unsecured | 507.45 | 0.00 |
| 15. | RJM Acquisitions LLC | Unsecured | 9.53 | 0.00 |
| 16. | Edfinancial Services | Unsecured | 278.52 | 0.00 |
| 17. | Edfinancial Services | Unsecured | 916.60 | 0.00 |
| 18. | Educational Credit Management Corp | Unsecured | 425.00 | 0.00 |
| 19. | Illinois Student Assistance Commission | Unsecured | 687.15 | 0.00 |
| 20. | First Cash Advance | Unsecured | 76.29 | 0.00 |
| 21. | Capital One Auto Finance | Unsecured | 1,093.79 | 0.00 |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | 72.00 | 0.00 |
| 23. | Portfolio Recovery Associates | Unsecured | 62.98 | 0.00 |
| 24. | Edfinancial Services | Unsecured | 356.57 | 0.00 |
| 25. | Peoples Energy Corp | Unsecured | 91.92 | 0.00 |
| 26. | AmeriCash Loans, LLC | Unsecured | 74.39 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Giles, Sonja D

Printed: 12/02/08

Case Number:  07 B 01907
Judge: Wedoff, Eugene R
Filed:  2/5/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 27. | AmeriCash Loans, LLC | Unsecured | 164.68 | 0.00 |
| 28. | Advance Ambulance | Unsecured | 103.50 | 0.00 |
| 29. | Edfinancial Services | Unsecured | 174.98 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 54.59 | 0.00 |
| 31. | Illinois Student Assistance Commission | Unsecured | 3,978.49 | 0.00 |
| 32. | RoundUp Funding LLC | Unsecured | 81.11 | 0.00 |
| 33. | Cook County Treasurer | Unsecured | 111.11 | 0.00 |
| 34. | BMG Music Service | Unsecured | | No Claim Filed |
| 35. | Azar Jewelers Inc | Unsecured | | No Claim Filed |
| 36. | Cross Country Bank | Unsecured | | No Claim Filed |
| 37. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 38. | Columbia House | Unsecured | | No Claim Filed |
| 39. | Edfinancial Services | Unsecured | | No Claim Filed |
| 40. | Edfinancial Services | Unsecured | | No Claim Filed |
| 41. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 42. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 43. | Midwest Medical | Unsecured | | No Claim Filed |
| 44. | Millenium Credit Consultants | Unsecured | | No Claim Filed |
| 45. | Edfinancial Services | Unsecured | | No Claim Filed |
| 46. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 47. | Orchard Bank | Unsecured | | No Claim Filed |
| 48. | Santa Barbara Bank & Trust | Unsecured | | No Claim Filed |
| 49. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 50. | First Cash Advance | Unsecured | | No Claim Filed |
| 51. | EZ Loan Company | Unsecured | | No Claim Filed |
| 52. | Pay Day OK | Unsecured | | No Claim Filed |
| | | | $ 20,274.97 | $ 3,631.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 146.31 |
| 6.5% | 74.32 |
| | $ 220.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

